# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-CV-230-MOC-DSC

| | |
|---|---|
| **UNITED STATES of AMERICA,** *ex rel.* **GARY WALL,**<br><br>Plaintiff,<br><br>vs.<br><br>**ABBOTT LABORATORIES f/k/a ST. JUDE MEDICAL, INC, et al**<br><br>**Defendants.** | **ORDER** |

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and N.C.G.S. § 1-608(b)(4)(b), and having consented to its dismissal, the Court rules as follows:

IT IS ORDERED that this case is dismissed without prejudice as to the United States and without prejudice as to the Relator.

IT IS FURTHER ORDERED that, consistent with the Court's Order dated December 2, 2020, all other papers filed under seal in this action remain under seal.

**SO ORDERED**.

Signed: March 12, 2021



Max O. Cogburn Jr.
United States District Judge

1